# In the United States Court of Federal Claims

No. 18-38C
(Filed: October 24, 2018)

```
*****************************************
STATE OF SOUTH CAROLINA,                *
                                        *
                Plaintiff,              *
                                        *
v.                                      *
                                        *
THE UNITED STATES,                      *
                                        *
                Defendant.              *
*****************************************
```

**ORDER**

On October 23, 2018, on behalf of the parties, plaintiff's counsel in the above-captioned case advised the court that the parties were engaging in settlement negotiations. At present, cross-motions for summary judgment are pending before the court. Accordingly, the court will stay resolution of the parties' cross-motions until after the conclusion of the parties' negotiations, if a ruling remains necessary.

The parties shall file a joint status report advising of the progress of their settlement negotiations by **no later than Monday, November 26, 2018, and every 60 days thereafter.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney<br>
MARGARET M. SWEENEY<br>
Chief Judge