IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STATE OF SOUTH CAROLINA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 18-38c |
| | ) | (Chief Judge Sweeney) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's order dated October 24, 2018, the parties respectfully submit this joint status report advising the Court of the progress of any settlement negotiations. The parties continue to engage in discussions to determine whether it is feasible to resolve this matter without further Court involvement. The parties respectfully request that the Court continue to stay this matter for another thirty days to determine whether settlement of this suit is feasible.

Respectfully Submitted,

| | |
|---|---|
| s/Randolph R. Lowell | JOSEPH H. HUNT |
| Randolph R. Lowell | Assistant Attorney General |
| Benjamin P. Mustian | |
| John W. Roberts | ROBERT E. KIRSCHMAN, JR. |
| WILLOUGHBY & HOEFER, P.A. | Director |
| Post Office Box 8416 | |
| Columbia, South Carolina 29202-8416 | /s/Tara K. Hogan |
| rlowell@willoughbyhoefer.com | TARA K. HOGAN |
| bmustian@willoughbyhoefer.com | Assistant Director |
| jroberts@willoughbyhoefer.com | Commercial Litigation Branch |
| Telephone: (803) 252-3300 | Civil Division |
| Facsimile: (803) 256-8062 | Department of Justice |
| | P.O. Box 480, Ben Franklin Station |
| Attorneys for Plaintiff | Washington, DC 20044 |
| | Tele: (202) 616-2228 |
| May 28, 2019 | Attorneys for Defendant |